FILED
 2015 Mar-17  PM 02:31
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSHUA OLIVER HICKS,** | } | |
| **Plaintiff,** | } | |
| v. | } | |
| | } | **CASE NO. 2:14-cv-2323-SLB** |
| **SCHNEIDER NATIONAL CARRIERS and CROSWELL ALWIN DOUGLAS,** | } | |
| **Defendants.** | } | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that Defendants' Motion for Partial Judgment on the Pleadings, (Doc. 7),[1] is **GRANTED**.

**DONE** this the 17th day of March, 2015.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.